

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00213-CR
### 02-13-00214-CR

AMOURI LAVELLE NICHOLSON                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

A jury convicted Appellant Amouri Lavelle Nicholson of driving while intoxicated and possession of marihuana in an amount less than two ounces. *See* Tex. Penal Code Ann. § 49.04 (West Supp. 2013); Tex. Health & Safety Code Ann. § 481.121(a), (b)(1) (West 2010). The trial court sentenced him to 180 days in jail in both cases.

---
[1]*See* Tex. R. App. P. 47.4.

Nicholson's court-appointed appellate counsel has filed a motion to withdraw as counsel and a brief in support of that motion for both cases. Counsel's brief and motion meet the requirements of *Anders v. California*[2] by presenting a professional evaluation of the records demonstrating why there are no arguable grounds for relief. This court afforded Nicholson the opportunity to file a brief on his own behalf, but he did not do so.

As the reviewing court, we must conduct an independent evaluation of the records to determine whether counsel is correct in determining that the appeals are frivolous. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays v. State*, 904 S.W.2d 920, 923 (Tex. App.—Fort Worth 1995, no pet.). Only then may we grant counsel's motions to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

We have carefully reviewed the records and counsel's brief. We agree with counsel that these appeals are wholly frivolous and without merit; we find nothing in either record that arguably might support an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005). Accordingly, we grant counsel's motions to withdraw and affirm the trial court's judgments.

PER CURIAM

PANEL: WALKER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

---

[2]386 U.S. 738, 87 S. Ct. 1396 (1967).

2

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 12, 2014